# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Lori Anne Stroup,<br><br>    Plaintiff,<br><br>v.<br><br>Commissioner of Social Security Administration,<br><br>    Defendant. | **NO. CV-23-00496-PHX-DJH**<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's Order filed July 21, 2023, the decision of the Commissioner of Social Security is reversed, and this case is remanded to the Social Security Administration.

Debra D. Lucas
District Court Executive/Clerk of Court

July 21, 2023

By   s/ Wendy Poth
     Deputy Clerk